No. 76–366. Reinhard, State's Attorney of Winnebago County, et al. *v.* Eagle Books, Inc., et al. Appeal from D. C. N. D. Ill. Judgment vacated and case remanded for further consideration in light of *Ward* v. *Illinois,* 431 U. S. 767 (1977). Mr. Justice Brennan, Mr. Justice Stewart, Mr. Justice Marshall, and Mr. Justice Stevens would affirm the judgment.

No. 75–1695. Carini et al. *v.* United States. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Larionoff,* 431 U. S. 864 (1977).

No. 75–6657. Bartemio *v.* United States. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Abney* v. *United States,* 431 U. S. 651, 664 n. 9 (1977).

No. 75–6905. Allen *v.* South Carolina. Sup. Ct. S. C. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Roberts* v. *Louisiana,* 431 U. S. 633 (1977), and *State* v. *Rumsey,* 267 S. C. 236, 226 S. E. 2d 894 (1976).